UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

---------------------------------------------

Begolli, et al

-v-

USA

---------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __07-cv-7531__

JUDGE: __KMW__

DATE: __Oct. 26, 2007__

*[Stamp: U.S. DISTRICT COURT OCT 26 2007 S.D.N.Y.]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** --------------------------------------------------------------

**DOCUMENT DESCRIPTION**                                                                 DOC. #

__CLERK'S CERTIFICATE__                                                                  _____

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__                                              _____


(✓) Original Record                                          (____) Supplemental Record


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __26th__ Day of __OCTOBER__, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
Begolli
-v-

USA
---------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07cv7531

JUDGE: KMW

DATE: Oct. 26, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                     Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 26th Day of OCTOBER In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
      Deputy Clerk

Case 1:07-cv-07531-KMW   Document 6   Filed 10/26/2007   Page 3 of 3

APPEAL, CLOSED

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-07531-KMW
### Internal Use Only

Begolli et al v. United States of America
Assigned to: Judge Kimba M. Wood
Cause: 28:1333 Admiralty

Date Filed: 08/24/2007
Date Terminated: 08/24/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Nazmi Begolli, Feride Begolli.(laq) (Entered: 08/31/2007) |
| 08/24/2007 | 2 | COMPLAINT against United States of America. Document filed by Nazmi Begolli, Feride Begolli.(laq) (Entered: 08/31/2007) |
| 08/24/2007 | | Magistrate Judge James C. Francis is so designated. (laq) (Entered: 08/31/2007) |
| 08/24/2007 | 3 | ORDER OF DISMISSAL,,,The Court grants plaintiff's request to proceed informa pauperis, but dismiss the compaint for the reasons set forth.In accordance with the above states reasons, the complaint filed informa pauperis under 28 U.S.C.1915(a)(1), is dismissed because it fails to state a claim on which relief may be granted. 28 U.S.C.1915(e)(2)(B)(ii). The Court certifies pursuant to 29 U.S.C.1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/24/7) (laq) (Entered: 08/31/2007) |
| 08/24/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/24/7) (laq) (Entered: 08/31/2007) |
| 09/18/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Nazmi Begolli, Feride Begolli. (tp) (Entered: 10/25/2007) |
| 09/18/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Feride Begolli, Nazmi Begolli. $455.00 APPEAL FEE DUE. IFP REVOKED 8/24/07. (tp) (Entered: 10/25/2007) |
| 10/25/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 10/25/2007) |
| 10/25/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 10/25/2007) |