9.17.07

**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CURCUIT



SDNY (NYC)
07-CV-7531

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of January, two thousand and eight,

Begolli v. United States of America

ORDER
Docket Number: 07-4716-cv

An appeal having been filed in this Court on 10/26/07; and,

The Court, *sua sponte*, on 12/18/07 having issued an order to show cause why the appeal should not be dismissed for failure to pay the required docket fee; and

Appellant not having responded to the Court as directed;

IT IS ORDERED, that the appeal is dismissed.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By:
Deborah A. Holmes, Deputy Clerk

Certified: 3/14/08